UNITED STATES of America, Plaintiff–Appellee,

v.

Darryl Mayes PROCTOR, Defendant–Appellant.

No. 13–7157.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Jan. 8, 2014.

Darryl Mayes Proctor, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina; Elizabeth Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Mayes Proctor appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Proctor,* No. 7:07–cr–00711–TMC–1, 2013 WL 2897049 (D.S.C. June 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*